UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY<br>1200 North 7th Street<br>Harrisburg, Pennsylvania 17102-1444<br><br>    Plaintiff<br><br>    v.<br><br>KATHRYN VINCENT<br>1642 Hobart Street, NW<br>Washington, DC 20009<br><br>    Defendant | Civil Action No. _____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for, Plaintiff, Pennsylvania Higher Education Assistance Agency, state that they have no parent or affiliate corporations and that there are no other business entities which have a financial interest in the outcome of this case.

　　　　　　　　　　　　　　　　　　　　/s/ *Thomas J. Sippel*
　　　　　　　　　　　　　　　　　　Thomas J. Sippel, # 238329


　　　　　　　　　　　　　　　　　　　　/s/ *Julie S. Dietrich*
　　　　　　　　　　　　　　　　　　Julie S. Dietrich, #456434
　　　　　　　　　　　　　　　　　　GILL SIPPEL & GALLAGHER
　　　　　　　　　　　　　　　　　　98 Church Street
　　　　　　　　　　　　　　　　　　Rockville, Maryland 20850
　　　　　　　　　　　　　　　　　　(301) 251-9200
　　　　　　　　　　　　　　　　　　(301) 762-6176 Fax

　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　Pennsylvania Higher Assistance Agency