AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | September 2, 2008    9:00 p.m. |
| NAME OF SERVER (PRINT)  Judy Moore | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1642 Hobart Street, N.W. Washington, D.C.  20009-3705

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| incl. | 200.00 | 200.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/2/08
          Date

Signature of Server

98 Church Street
Rockville, MD 20850
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pennsylvania Higher Education Assistance
Agency
1200 North Seventh Street
Harrisburg, PA 17102

**SUMMONS IN A CIVIL CASE**

V.

Kathryn Vincent
1642 Hobart Street, NW
Washington, DC 20009

CA

Case: 1:08-cv-01102
Assigned To : Hogan, Thomas F.
Assign. Date : 6/25/2008
Description: Student Loan Case

TO: (Name and address of Defendant)

Kathryn Vincent
1642 Hobart Street, NW
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Sippel & Julie S. Dietrich
Gill Sippel & Gallagher
98 Church Street
Rockville, Maryland 20850

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      JUN 2 5 2008

CLERK                                DATE

(By) DEPUTY CLERK